EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------------------|
| | 2025 TSPR 120 |
| Anselmo Irizarry Irizarry | 216 DPR ___ |

Número del Caso:  TS-8,128

Fecha:  20 de noviembre de 2025

Representante legal del peticionario:

    Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Anselmo Irizarry Irizarry          TS-8,128

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de noviembre de 2025.

Examinada la *Moción en cumplimiento de resolución y solicitud de solicitando reinstalación* presentada por el Sr. Anselmo Irizarry Irizarry, damos por cumplida nuestra orden de 8 de octubre de 2025. En consecuencia, se reinstala al licenciado Irizarry Irizarry al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Candelario López no interviene.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo